UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XUEDONG CHEN,

        Plaintiff,

    v.

ALEJANDRO MAYORKAS,

        Defendant.

Case No. 24-cv-08932-DMR

**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT**

Plaintiff Xuedong Chen filed the complaint on December 10, 2024.  It appears that the summons and complaint have not yet been served on Defendant.  Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than March 24, 2025 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
Donna M. Ryu
Chief Magistrate Judge

United States District Court
Northern District of California