UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XUEDONG CHEN,

    Plaintiff,

v.

ALEJANDRO MAYORKAS,

    Defendant.

Case No. 24-cv-08932-DMR

**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT**

On March 14, 2025, the court ordered Plaintiff Xuedong Chen to show cause in writing why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants. [Docket No. 11.] On March 18, 2025, Plaintiff's counsel submitted a declaration explaining that the attorney who originally filed the complaint had left their firm but that new counsel had initiated service on Defendants that day (March 18th). [Docket No. 13.] Counsel attached five exhibits to her declaration with pictures of certified mail addressed to Defendants. [Docket Nos. 13-1 through 13-5.] On March 18, 2025, the court discharged its Order to Show Cause and allowed Plaintiff until April 17, 2025 to serve Defendants.

Plaintiff has not filed proof of service or otherwise indicated that service was effected. Accordingly, Plaintiff is ORDERED to show cause in writing by no later than April 28, 2025 why this action should not be dismissed without prejudice for failure to prosecute. If Plaintiff served the summons and complaint on Defendants, Plaintiff must file the proofs of service by April 28, 2025.

**IT IS SO ORDERED.**

Dated: April 23, 2025

Donna M. Ryu
Chief Magistrate Judge